**File Hashes for IP Address 76.100.168.213**

**ISP:** Comcast Cable
**Physical Location:** Mount Airy, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/13/2013 15:32:58 | AB8E1EA6726FC2033BF29D84188E03013F430FE9 | Going Strong |
| 07/13/2013 15:26:46 | C52A5F6CC8924D80E6405060DB475DA10557AD7C | Stay for a While |
| 05/26/2013 12:00:43 | AE7294163D482D1D1D02D1D6CC997D85CFA76C88 | Marry Me |
| 05/25/2013 04:36:24 | 8202E25A9942AEC2F4A63D16DF7D52E870D5BA37 | Green Eyes |
| 05/25/2013 03:31:40 | 65C43B68DB24EAD054083CC9FDEE2A94EB20DA12 | Snow White and the Prince |
| 05/05/2013 15:20:49 | AAF3399B22D5CCA5A13D65C2B62BE2838BCEBC2C | Simply Stunning |
| 05/02/2013 02:07:19 | A1431B13AAE51DD7514FA0CBD6597F0DD64FB80D | Bottoms Up |
| 04/27/2013 02:43:24 | C082E409A54D90525E259A313E928B17D21436D4 | Tuesday Morning |
| 04/26/2013 17:27:57 | 55CA2EACA565462DF0F90457CD3DC756422F4187 | Fashion Models |
| 04/25/2013 02:04:50 | 5CD20FA4A34CE40E898CEEC6137FE7AE3E2ED6BC | Inside Perfection |
| 04/25/2013 01:49:36 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 04/24/2013 01:51:21 | 42E971103CB6F4DF101C8982D0E122F5755324A0 | Rose Petals |
| 04/13/2013 03:25:59 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 04/13/2013 02:08:22 | 80CA96F23E8F93FFD8F5EA729E99EFEE1906C0E6 | Want You |
| 04/06/2013 17:32:37 | 674B742DE942A8FBB34CEE26BFE1BC6A25287AD0 | Black and White |
| 04/06/2013 03:15:20 | 00E4F19FE3BB88D4628FFBCF7C73F3F004C5ADF2 | Late for Work |
| 04/06/2013 02:32:28 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 04/06/2013 02:21:04 | D5C2C52077AECCAFE083BF5A55E23F20C0C53E19 | Featherlight |
| 04/02/2013 01:57:23 | E52F3EF3AE1909D8846DDA073D524E5EC7519895 | Mad Passion |
| 02/22/2013 01:25:26 | FD55291D32EFD5DB14F38E7503F98EB4F1C0047A | Lovers Quarrel |
| 02/07/2013 03:15:09 | 1A8E3E61CD5AC38AD481868D9F676F31BED03A4B | Unforgettable View #1 |
| 02/07/2013 02:56:11 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 02/02/2013 01:38:06 | 6BA1E888B0A277770FECB22BCAB0AB56F8CD8742 | Working Out Together |

EXHIBIT A

MD88

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/26/2013 18:49:15 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/26/2013 03:58:23 | 963A9DDD605013E121DE9C95112B175202725CF2 | Yoga Master and Student |

**Total Statutory Claims Against Defendant: 25**