**Copyrights-In-Suit for IP Address 76.100.168.213**

**ISP:** Comcast Cable
**Location:** Mount Airy, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/26/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 04/06/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 05/02/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/26/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/06/2013 |
| Going Strong | PENDING | 07/06/2013 | 07/12/2013 | 07/13/2013 |
| Green Eyes | PA0001843090 | 04/30/2013 | 05/14/2013 | 05/25/2013 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 04/13/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/06/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 04/25/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 04/06/2013 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 02/22/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 04/02/2013 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 05/26/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/24/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 05/05/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 05/25/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 04/25/2013 |
| Stay for a While | PENDING | 07/05/2013 | 07/12/2013 | 07/13/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 04/27/2013 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 02/07/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 02/07/2013 |

EXHIBIT B

MD88

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 04/13/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/02/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/26/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  25**

EXHIBIT B

MD88