IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **MALIBU MEDIA, LLC,** | * |
| **Plaintiff,** | * |
| v. | * Case No.: WDQ 13-2705 |
| **JOHN DOE,** | * |
| **Defendant.** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

*Ex Parte* Notice of Current Address

I, (full name) _____, am identified as Doe Defendant 1 and IP Address # _____ in the above-captioned matter and I intend to represent myself.  Pursuant to Local Rule 102.1.b.iii, I hereby advise the Clerk of Court that my current address is as follows:

_____

_____.

Pursuant to the court's order, I understand that this information will be docketed as an *ex parte* submission so that only court personnel, and not Plaintiff, will be able to view this information.

_____                                        _____
Date                                                                              Signature