UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,         *

    Plaintiff,         *         CASE NO. 1:13-cv-02705-WDQ

v.         *

JOHN DOE subscriber assigned IP address     *
76.100.168.213,
                                                                            *

    Defendant.
                                                       *

**ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT**

**THIS CAUSE** having come before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until February 12, 2014 to effectuate service on the Defendant.

DONE AND ORDERED this 14th day of Jan, 2014.

By _____
UNITED STATES DISTRICT JUDGE

1